DANIEL A. SCHNAPP (*pro hac vice*)
daniel.schnapp@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:    212 768 6700
Facsimile:    212 768 6800

NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
DENTONS US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Telephone:    213 623 9300
Facsimile:    213 623 9924

Attorneys for Plaintiff FENDER MUSICAL INSTRUMENTS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FENDER MUSICAL INSTRUMENTS CORPORATION,, | Case No. 2:23-cv-06129-WLH-JPR |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT-IN PRINCIPLE AND REQUEST TO STAY ALL FUTURE DEADLINES** |
| v. | [Proposed Order Filed Concurrently Herewith] |
| WIN-D-FENDER, LLC; ARGYLE INTERNATIONAL, INC.; NATHAN MARK DOOLY; AND CLEMENT KWOK, | |
| Defendants. | |

PLEASE TAKE NOTICE that the Parties have reached a settlement-in-principle in the above-captioned case.

Accordingly, in light of the settlement, Fender Musical Instruments Corporation hereby requests that the Court stay all deadlines in this Action. The purpose of the stay is to allow the Parties to finalize the settlement agreement and obtain necessary signatures. Fender Musical Instruments Corporation anticipates a notice of dismissal being filed within 60 days.

Dated: October 26, 2023

Respectfully submitted,

DENTONS US LLP

By: /s/ Daniel A. Schnapp
   Nick S. Pujji
   Daniel A. Schnapp

Attorneys for Plaintiff FENDER MUSICAL INSTRUMENTS CORPORATION